**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

DAVID HATCHIGIAN,                              : No. 216 EAL 2014
                                               :
                              Petitioner       :
                                               : Petition for Allowance of Appeal from the
                                               : Order of the Superior Court
              v.                               :
                                               :
                                               :
                                               :
TRAVELERS INSURANCE COMPANY                    :
AND REGER RIZZO & DARNALL, LLP,                :
                                               :
                              Respondents      :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of August, 2014, the Application for Leave to File an Amended Petition for Allowance of Appeal and the Petition for Allowance of Appeal are **DENIED**.